**EXHIBIT A**

**CT Packing Slip**

**CT Corporation**

| | |
|---|---|
| **UPS Tracking #:** | 1ZX212780132053949 |
| **Created By:** | Dileep Kumar |
| **Created On:** | 12/28/2018 01:34 AM |
| **Recipient:** | **Barbara W. Wall** |

| | |
|---|---|
| Title: | -- |
| Customer: | Gannett Co., Inc. |
| Address: | 7950 Jones Branch Drive |
| Email: | bwall@gannett.com |
| Phone: | 703-854-6951   Fax: - |

**Package Type:** Envelope
**Items shipped:** 1

| Log # | Case # | Entity Name |
|---|---|---|
| 534643671 | C20185502 | Gannett Co., Inc. |



Scanned
Emailed (signature)
Logged

JAN 0 2 2018

**EXHIBIT A**

 CT Corporation

**Service of Process Transmittal**
12/27/2018
CT Log Number 534643671

**TO:** Barbara W. Wall
Gannett Co., Inc.
7950 Jones Branch Drive
Mc Lean, VA 22107-0001

**RE:** **Process Served in Arizona**

**FOR:** Gannett Co., Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | NATALIE FIGUEROA, PLTF. vs. GANNET CO. INC., ET AL., DFTS. |
| **DOCUMENT(S) SERVED:** | SUMMONS, COMPLAINT |
| **COURT/AGENCY:** | Pima County - Superior Court, AZ<br>Case # C20185502 |
| **NATURE OF ACTION:** | Employee Litigation - Wrongful Termination |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Phoenix, AZ |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 12/27/2018 at 11:51 |
| **JURISDICTION SERVED:** | Arizona |
| **APPEARANCE OR ANSWER DUE:** | within (20) CALENDAR DAYS from the date of service, not counting the day of service |
| **ATTORNEY(S) / SENDER(S):** | Kevin E. Miniat<br>LAW OFFICES OF MINIAT & WILSON, L.P.C.<br>550 West Ina Road, Suite 101<br>Tucson, AZ 85704<br>520-742-1177 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via UPS Next Day Air, 1ZX212780132053949<br><br>Image SOP<br><br>Email Notification, Jennifer Ehlert  jehlert@gannett.com<br><br>Email Notification, Mark Faris  mfaris@gannett.com<br><br>Email Notification, Courtney French  cofrench@gannett.com<br><br>Email Notification, Miranda Blyakchori  mblyakchori@gannett.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 3800 N Central Ave Ste 460<br>Phoenix, AZ 85012-1995 |
| **TELEPHONE:** | 602-248-1145 |

Page 1 of 1 / DK

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Person/Attorney Filing: Kevin E Miniat
Mailing Address: 550 W. Ina Road Suite 101
City, State, Zip Code: Tucson, AZ 85704
Phone Number: (520) 742-1177 X101
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 004329, Issuing State: AZ
Attorney E-Mail Address: kmin@dakotacom.net

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF PIMA

Natalie Figueroa
Plaintiff(s),

Case No. C20185502

HON. CATHERINE M WOODS

V.

Gannett Co. Inc., et al.
Defendant(s).

**SUMMONS**

To: Gannett Co. Inc.

WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.

1. A lawsuit has been filed against you. A copy of the lawsuit and other related court paperwork has been served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Office of the Clerk of the Superior Court, 110 West Congress Street, Tucson, Arizona 85701 or electronically file your Answer through AZTurboCourt at www.azturbocourt.gov. Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons. Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If the papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS, not counting the day of service.

12/30/2016 CAC

Requests for reasonable accommodations for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of Pima    *November 06, 2018*

*Toni L. Hellon*
Clerk of the Superior Court

By: *Arthur Robles*
      Deputy Clerk



Requests for reasonable accommodations for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of Pima    *November 06, 2018*

*Toni L. Hellon*
Clerk of the Superior Court

By: *Arthur Robles*
    Deputy Clerk



FILED
TONI L. HELLON
CLERK, SUPERIOR COURT
11/6/2018 5:34:08 PM
BY: ARTHUR ROBLES
DEPUTY

Case No. C20185502
HON. CATHERINE M WOODS

LAW OFFICES OF
MINIAT & WILSON, L.P.C.
550 West Ina Road, Suite 101
Tucson, Arizona 85704
Tel: (520) 742-1177
Fax: (877) 399-4343; E-mail: kevmin@dakotacom.net
Firm No. 00235500
Kevin E. Miniat – State Bar No. 004329
PCC No. 39460
Attorneys for Plaintiff, Raul Baltierrez

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| Natalie Figueroa,<br><br>  Plaintiff,<br><br>v.<br><br>Gannett Co. Inc., Corporation; and TNI Partners dba Arizona Daily Star; XYZ Entities and Individuals Fictitiously Named,<br><br>  Defendants. | Case No.<br><br>**COMPLAINT**<br>**WRONGFUL TERMINATION –**<br>**EMPLOYMENT DISCRIMINATION**<br><br>Assigned to: |

For her complaint, Plaintiff alleges:

1.  This wrongful termination/employment discrimination claim arises from employment in Tucson, Pima County, Arizona. Plaintiff resides and worked in Pima County Arizona. Defendants transact and conduct a business in Pima County, Arizona. Thus, this Court has jurisdiction.

2.  This claim arises from Defendants termination of Plaintiff from her employment on or about June 21, 2017.

3.  On or about May 31, 2018 Plaintiff filed a charge of discrimination arising from her termination, with the civil division of the Arizona Attorney General and EEOC.

1

4. On August 10, 2018, the Attorney General issued its Notice of Right to Sue. Plaintiff brings her claim in a timely manner within ninety (90) days of the issuance of the Notice of Right to Sue.

5. Plaintiff commenced her employment for the newspaper in April 1989. In 2018 Plaintiff worked as a product design tech/planner.

6. Defendants TNI Partners and Gannett began operating the facility in February 2014, as successors to a predecessor TNI Partners entity.

7. On June 21, 2018, Defendants terminated Plaintiff by stating that they accepted her resignation. Defendants made this claim as a pretext to terminate the employment arrangement. At no time did Plaintiff ever offer her resignation from her employment.

## COUNT I - ADA CLAIMS

[Brought under provisions of ADA 42 USC 12101 – 12213]

8. During 2017 and 2018 Plaintiff qualified as an individual with a disability. Plaintiff qualifies as a disabled person within the meaning of ADA.

9. Defendants constitute employers covered by the provisions of ADA.

10. On March 16, 2017, Plaintiff notified Defendants that she was a disabled individual and requested and was approved for a medically excused leave of absence.

11. Plaintiff's impairment substantially limits her ability to participate in major life activities.

12. With reasonable accommodations, Plaintiff was able to perform the essential functions of her job duties.

2

13. Defendants terminated Plaintiff because of her disability. Her termination constituted a prohibited act under ADA, disparate treatment prohibited by the Rehabilitation Act of 1973, and Title VII of the Civil Rights Act of 1991.

14. On or about June 21, 217, Defendants told Plaintiff her employment was terminated because she did not appear for work at 10:00 a.m. on that date. However, her direct supervisor approved her arriving later than 10:00 a.m. while she was attempting to obtain additional work limitation information from her physician and social security.

15. The excuse of her termination allegedly due to an attendance violation or that she resigned her employment were both pretextual and false.

16. Advancing the pretextual reasons for terminating the employment relationship was made maliciously and with reckless indifference to the rights of Plaintiff under ADA.

17. As a result of the wrongful termination, Plaintiff suffered loss of wages, interest, future loss of income, emotional pain and suffering, inconvenience, mental anguish and loss of enjoyment of life.

18. Plaintiff is entitled to attorney's fees pursuant to 42 USC 1981a.

COUNT II – WRONGFUL TERMINATION OF EMPLOYMENT

19. Plaintiff realleges and incorporates her allegations in paragraphs 1 – 18.

20. On or about December 15, 1992 Plaintiff suffered an on the job injury and sustained a permanent impairment. Since that time, Plaintiff received periodic medical benefits and disability benefits.

21. In retaliation for her exercise of her rights to Industrial Commission benefits, Defendants terminated her employment. The termination violated A.R.S. § 23-1501 A.3 (c), as

3

well as the implied duty of good faith. In addition, the termination violated A.R.S. 41-1463B, prohibiting discrimination based on disability.

22.     Plaintiff is entitled to attorney's fees under 12-341.

Wherefore, Plaintiff requests judgment for her back pay, interest, future loss of income, emotional pain and suffering, inconvenience, mental anguish and loss of enjoyment of life; attorney's fees; and punitive damages for the malicious and reckless indifferent termination, together with such other relief and costs as appropriate under the circumstances.

Dated this 6th day of November, 2018.

                                    Law Offices of Miniat & Wilson, L.P.C.

               By:    */s/ Kevin E. Miniat*
                      Kevin E. Miniat
                      Attorney for Plaintiff Natalie Figueroa

PERSON/ATTORNEY FILING: Kevin E Miniat
MAILING ADDRESS: 550 W. Ina Road Suite 101
CITY, STATE, ZIP CODE: Tucson, AZ 85704
PHONE NUMBER: (520) 742-1177 X101
E-MAIL ADDRESS: kmin@dakotacom.net
[ ☐ ] REPRESENTING SELF, WITHOUT AN ATTORNEY
(IF ATTORNEY) STATE BAR NUMBER: 004329, Issuing State: AZ

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT
11/6/2018 5:34:08 PM
BY: ARTHUR ROBLES
DEPUTY

Case No. C20185502
HON. CATHERINE M WOODS

## ARIZONA SUPERIOR COURT, PIMA COUNTY

Natalie Figueroa
Plaintiff(s),

V.

Gannett Co. Inc., et al.
Defendant(s).

CASE NO: _____

**RULE 102(a) FASTAR CERTIFICATE**

The undersigned certifies that he or she knows the eligibility criteria set by FASTAR Rule 101(b) and certifies that this case:

**(NOTE – YOU MUST CHECK ONE OF THE BOXES BELOW OR THE CLERK WILL NOT ACCEPT THIS FORM.)**

☐ **DOES** meet the eligibility criteria established by Rule 101(b); or

☒ **DOES NOT** meet the eligibility criteria established by Rule 101(b).

Dated: November 06, 2018

Kevin E Miniat /s/
SIGNATURE

Person/Attorney Filing: Kevin E Miniat
Mailing Address: 550 W. Ina Road Suite 101
City, State, Zip Code: Tucson, AZ 85704
Phone Number: (520) 742-1177 X101
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 004329, Issuing State: AZ
Attorney E-Mail Address: kmin@dakotacom.net

*delivered to*
*4850 S Park*
*26 Dec 2018*
*1410 hours*
*received by*
*T. Brummgham*

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
# IN AND FOR THE COUNTY OF PIMA

Natalie Figueroa
Plaintiff(s),

Case No. C20185502

HON. CATHERINE M WOODS

V.

**SUMMONS**

Gannett Co. Inc., et al.
Defendant(s).

To: TNI Partners, DBA Arizona Daily Star

WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.

1. A lawsuit has been filed against you. A copy of the lawsuit and other related court paperwork has been served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Office of the Clerk of the Superior Court, 110 West Congress Street, Tucson, Arizona 85701 or electronically file your Answer through AZTurboCourt at www.azturbocourt.gov.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons. Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If the papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS, not counting the day of service.

12/30/2016 CAC

Requests for reasonable accommodations for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of Pima    *November 06, 2018*    .

*Toni L. Hellon*
Clerk of the Superior Court

By: *Arthur Robles*
      Deputy Clerk



AZTurboCourt.gov Form Set #2972076

12/30/2016 CAC

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT
11/6/2018 5:34:08 PM
BY: ARTHUR ROBLES
DEPUTY

Case No. C20185502
HON. CATHERINE M WOODS

LAW OFFICES OF
MINIAT & WILSON, L.P.C.
550 West Ina Road, Suite 101
Tucson, Arizona 85704
Tel: (520) 742-1177
Fax: (877) 399-4343; E-mail: kevmin@dakotacom.net
Firm No. 00235500
Kevin E. Miniat – State Bar No. 004329
PCC No. 39460
Attorneys for Plaintiff, Raul Baltierrez

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF PIMA

| Natalie Figueroa,<br><br>Plaintiff,<br><br>v.<br><br>Gannett Co. Inc., Corporation; and TNI Partners dba Arizona Daily Star; XYZ Entities and Individuals Fictitiously Named,<br><br>Defendants. | Case No.<br><br>**COMPLAINT**<br>**WRONGFUL TERMINATION –**<br>**EMPLOYMENT DISCRIMINATION**<br><br>Assigned to: |
|---|---|

For her complaint, Plaintiff alleges:

1. This wrongful termination/employment discrimination claim arises from employment in Tucson, Pima County, Arizona. Plaintiff resides and worked in Pima County Arizona. Defendants transact and conduct a business in Pima County, Arizona. Thus, this Court has jurisdiction.

2. This claim arises from Defendants termination of Plaintiff from her employment on or about June 21, 2017.

3. On or about May 31, 2018 Plaintiff filed a charge of discrimination arising from her termination, with the civil division of the Arizona Attorney General and EEOC.

1

4. On August 10, 2018, the Attorney General issued its Notice of Right to Sue. Plaintiff brings her claim in a timely manner within ninety (90) days of the issuance of the Notice of Right to Sue.

5. Plaintiff commenced her employment for the newspaper in April 1989. In 2018 Plaintiff worked as a product design tech/planner.

6. Defendants TNI Partners and Gannett began operating the facility in February 2014, as successors to a predecessor TNI Partners entity.

7. On June 21, 2018, Defendants terminated Plaintiff by stating that they accepted her resignation. Defendants made this claim as a pretext to terminate the employment arrangement. At no time did Plaintiff ever offer her resignation from her employment.

## COUNT I - ADA CLAIMS

[Brought under provisions of ADA 42 USC 12101 – 12213]

8. During 2017 and 2018 Plaintiff qualified as an individual with a disability. Plaintiff qualifies as a disabled person within the meaning of ADA.

9. Defendants constitute employers covered by the provisions of ADA.

10. On March 16, 2017, Plaintiff notified Defendants that she was a disabled individual and requested and was approved for a medically excused leave of absence.

11. Plaintiff's impairment substantially limits her ability to participate in major life activities.

12. With reasonable accommodations, Plaintiff was able to perform the essential functions of her job duties.

2

13. Defendants terminated Plaintiff because of her disability. Her termination constituted a prohibited act under ADA, disparate treatment prohibited by the Rehabilitation Act of 1973, and Title VII of the Civil Rights Act of 1991.

14. On or about June 21, 217, Defendants told Plaintiff her employment was terminated because she did not appear for work at 10:00 a.m. on that date. However, her direct supervisor approved her arriving later than 10:00 a.m. while she was attempting to obtain additional work limitation information from her physician and social security.

15. The excuse of her termination allegedly due to an attendance violation or that she resigned her employment were both pretextual and false.

16. Advancing the pretextual reasons for terminating the employment relationship was made maliciously and with reckless indifference to the rights of Plaintiff under ADA.

17. As a result of the wrongful termination, Plaintiff suffered loss of wages, interest, future loss of income, emotional pain and suffering, inconvenience, mental anguish and loss of enjoyment of life.

18. Plaintiff is entitled to attorney's fees pursuant to 42 USC 1981a.

COUNT II – WRONGFUL TERMINATION OF EMPLOYMENT

19. Plaintiff realleges and incorporates her allegations in paragraphs 1 – 18.

20. On or about December 15, 1992 Plaintiff suffered an on the job injury and sustained a permanent impairment. Since that time, Plaintiff received periodic medical benefits and disability benefits.

21. In retaliation for her exercise of her rights to Industrial Commission benefits, Defendants terminated her employment. The termination violated A.R.S. § 23-1501 A.3 (c), as

well as the implied duty of good faith. In addition, the termination violated A.R.S. 41-1463B, prohibiting discrimination based on disability.

22.     Plaintiff is entitled to attorney's fees under 12-341.

Wherefore, Plaintiff requests judgment for her back pay, interest, future loss of income, emotional pain and suffering, inconvenience, mental anguish and loss of enjoyment of life; attorney's fees; and punitive damages for the malicious and reckless indifferent termination, together with such other relief and costs as appropriate under the circumstances.

Dated this 6th day of November, 2018.

Law Offices of Miniat & Wilson, L.P.C.

By:     /s/ Kevin E. Miniat
        Kevin E. Miniat
        Attorney for Plaintiff Natalie Figueroa

PERSON/ATTORNEY FILING: Kevin E Miniat
MAILING ADDRESS: 550 W. Ina Road Suite 101
CITY, STATE, ZIP CODE: Tucson, AZ 85704
PHONE NUMBER: (520) 742-1177 X101
E-MAIL ADDRESS: kmin@dakotacom.net
[ ☐ ] REPRESENTING SELF, WITHOUT AN ATTORNEY
(IF ATTORNEY) STATE BAR NUMBER: 004329, Issuing State: AZ

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT
11/6/2018 5:34:08 PM
BY: ARTHUR ROBLES
DEPUTY

Case No. C20185502
HON. CATHERINE M WOODS

## ARIZONA SUPERIOR COURT, PIMA COUNTY

Natalie Figueroa
Plaintiff(s),

V.

Gannett Co. Inc., et al.
Defendant(s).

CASE NO: _____

**RULE 102(a) FASTAR CERTIFICATE**

The undersigned certifies that he or she knows the eligibility criteria set by FASTAR Rule 101(b) and certifies that this case:

**(NOTE – YOU MUST CHECK ONE OF THE BOXES BELOW OR THE CLERK WILL NOT ACCEPT THIS FORM.)**

☐ **DOES** meet the eligibility criteria established by Rule 101(b); or

☒ **DOES NOT** meet the eligibility criteria established by Rule 101(b).

Dated: November 06, 2018

Kevin E Miniat /s/
_____
SIGNATURE