IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Natalie Figueroa,  )
      Plaintiff,  )  No. CIV 19-022-TUC-CKJ
vs.  )
            )  ORDER
Gannett Company Incorporated, et al.,  )
      Defendants.  )

The parties have filed their Proposed Joint Pretrial Order (Doc. 92). Additionally, the parties have filed numerous motions in limine (Docs. 91, 94, 95, and 96).

Accordingly, IT IS ORDERED this matter is set for pre-trial conference/hearing regarding the trial date and argument as to the motions in limine for June 28, 2021, at 2:00 p.m., for one hour. If counsel choose to appear in person, they shall check the daily calendar to learn of the assigned courtroom for the hearing. If counsel choose to appear telephonically, they are directed to call **866-390-1828** a few minutes before the time of the hearing. The access code is **2905535**.

Additionally, although the Court has ruled on the Motions for Summary Judgment, *see* Doc. 80, the Court did not specifically adopt or reject the Report and Recommendation.

Therefore, IT IS FURTHER ORDERED the Report and Recommendation (Doc. 68) is ADOPTED.

DATED this 10th day of June, 2021.

_____
Cindy K. Jorgenson
United States District Judge