**LAW OFFICES OF**
**MINIAT & WILSON, L.P.C.**
**550 WEST INA ROAD, SUITE 101**
**TUCSON, ARIZONA  85704**
**(520) 742-1177 phone**
**(520) 877-399-4343 fax**
**Kevin E. Miniat**
**km@minwil.com**
**minwilpc@hotmail.com**
**Firm No.:  00235500**
**State Bar No.:          004329**
**PCC No.:  39460**
**Attorneys for Plaintiff**

### UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| Natalie Figueroa,<br>　　　　Plaintiff,<br><br>v.<br><br>Gannett Co. Inc., Corporation; And TNI Partners Dba Arizona Daily Star; XYZ Entities and Individuals Fictitiously Named,<br>　　　　Defendants. | No. 19-CV-0022-TUC-CKJ (JR)<br><br>**PLAINTIFF'S PROPOSED VOIR DIRE**<br><br>Assigned to the Hon. Cindy Jorgenson |

1.  Who subscribes or recently subscribed to either Arizona Daily Star or USA Today? Who has a favorable view of those papers?

2.  Has anyone written a letter to the editor of the AZDS?  Were you satisfied with how the star handled your opinion?

3.  Has anyone or a close acquaintance been seriously hurt on the job?

4.  Has the ability of anyone or a close acquaintance been affected at work because of a significant medical condition?  Explain the circumstances and do you believe your employer handled your circumstance fairly?

1

5. Has anyone or a close acquaintance had to request time off for medical leave? How do you assess how your employer handled your request for leave?

6. Has anyone or a close acquaintance complained to your employer about working conditions? How do you think your employer handled your concerns?

7. Has anyone or a close acquaintance had to deal with a human resources department over a work matter? Who was satisfied with how the matter was handled?

8. At work, do you or a close acquaintance supervise others for your employer?

9. Has anyone or a close acquaintance been discharged from work?

10. Has anyone or a close acquaintance been a member of a labor union? Does anyone disagree with the usefulness or concept of labor unions?

11. Has anyone or a close acquaintance been involved in the process of terminating another person's employment?

12. Has anyone or a close acquaintance ever felt a supervisor or employer treated you unfairly, but you did not make a complaint about the treatment?

13. Since 1994, our laws require employers with more than 25 employees to provide reasonable accommodation for medical problems suffered by an employee, in order to keep the employee at work. Does anyone disagree or disapprove of this requirement?

14. Once an employer learns of the need to accommodate an employee's medical condition, an employer must engage in what is known as an interactive process with the employee in order to ascertain any problems the worker experiences; and whether any accommodations are possible to keep the employee at work. Does anyone disagree with these requirements?

15. In addition, the employers must identify which responsibilities and duties are 'essential' to the job. If the employee can perform the 'essential' functions of the job with accommodation, the employer must provide the accommodation.

16. While she was off work starting March 17, 2017, Natalie applied for disability benefits from MetLife and social security. Would anyone disapprove of someone because they made application for disability benefits?

17. Whether a person is entitled to disability benefits differs from the ability of an individual to perform the essential functions of her job with accommodation. The difference arises because the determination of disability benefits does not consider the possibility of any reasonable accommodations, which might be available. However, a person may be entitled to keep her job at work if certain reasonable accommodations would allow her to perform essential functions of her job.

18. Has anyone worked more than twenty years for the same employer?

19. Has anyone ever encountered a dispute with an employer over whether you resigned?

20. Has anyone ever been involved in an employment dispute with your employer?

21. Has anyone ever worked for an employer who was accused of refusing to provide reasonable accommodations to a disabled individual?

22. Does anyone have the general belief that claims of discrimination arising from medical conditions is nothing but an excuse to cover up other problems the worker has on the job.

23. Has anyone ever worked in the disability field, whether analyzing disability or providing benefits for disability?

24. Does anyone in general disapprove of someone coming to court and asking you to award money because her employer refuse to allow her to return to work?

25. The Plaintiff denies ever resigning from her job, and contends that her employer claims she resigned as a pretext to avoid continuing her employment. If you reach that conclusion and the facts establish this false pretense, would anyone have a fundamental disagreement of an award of punitive damages.

26. In important matters of employment, including accommodations for medical conditions and resignations, does anyone think that the employer should document its actions to minimize the possibility of misinterpretations, disputes, or other questions about its actions?

27. Does anyone associate with any group which opposes or advocates against individual hiring lawyers to advance court cases seeking money awards?

DATED this 9th day of May, 2022.

                                      MINIAT & WILSON, L.P.C.
                                      By: /s/ Kevin Miniat
                                            Kevin E. Miniat
                                            Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that on May 9, 2022, I served the foregoing document to the following individuals via ECF:

bholtzman@mcrazlaw.com
Barney M. Holtzman
Mesch, Clark Rothschild
259 N. Meyer Ave.
Tucson, AZ  85701

CGluek@frantzward.com
ACleves@frantzward.com
Carl H. Gluek
Andrew J. Cleves
FRANTZ WARD LLP
200 Public Square, Suite 3000
Cleveland, OH  44114
Attorneys for Defendants Gannett Co. Inc.
and TNI Partners dba Arizona Daily Star

*/s/ Kevin E. Miniat*